July 11, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

DIRECT COMMERCIAL FUNDING, INC., Appellant

NO. 14-12-00896-CV                 V.

BEACON HILL ESTATES, LLC AND INTESAR HUSAIN ZAIDI, Appellees

_____

This cause, an appeal from the judgment signed September 5, 2012 in favor of appellees Beacon Hill Estates, LLC and Intesar Husain Zaidi, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees, Beacon Hill Estates, LLC and Intesar Husain Zaidi.

We further order this decision certified below for observance.